**William Edward BEARD, Jr., Appellant,**

v.

**STATE of Texas, Appellee.**

**No. 11–97–00401–CR.**

Court of Appeals of Texas, Eastland.

June 18, 2003.

■

Melvyn Carson Bruder, Dallas, for appellant.

Bill Hill, Dist. Atty. Criminal Dist. Attorney–Appellate Section, Dallas, for appellee.

Panel consists of: ARNOT, C.J., and WRIGHT, J., and DICKENSON, S.J.[1]

OPINION

PER CURIAM.

On June 11, 2003, the Court of Criminal Appeals issued an opinion stating that it had been furnished with a death certificate showing that William Edward Beard, Jr. had died on August 5, 1999. *Beard v. State*, 108 S.W.3d 304 (Tex.Cr.App. 2003)(not yet reported). The court then permanently abated the appeal and directed this court to withdraw our opinion in the case. Pursuant to *Beard*, our opinion and judgment dated November 4, 1999, are hereby withdrawn.